①

# "CLASS ACTION LAWSUIT"

FILED21 JAN'20 10:48USDC-ORP

NOTICE: INTENTION TO RECOVER DAMAGES

TORT CLAIM: TO BE PRESENTED AS INTENTION TO RECTIFY CIVIL INFRACTION BY THE STATE OF OREGON, WITHIN THE JURISDICTION OF THE UNITED STATES.

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
PORTLAND DIVISION

HARRIS + Inclusive parties
under 550 Prisoner: Civil Rights
as Unlawfully Confined class of
Persons by State of Oregon, ETAL

V.

STATE OF OREGON, ETAL, Including
Multnomah County Detention Center Jail,
Inverness Jail, Columbia County Jail,
Multnomah County Circuit Court,
Multnomah County District Attorneys office,
Multnomah County Attorney Generals Office,
Department of Administrative services - RISK MANAGEMENT,
Office of the Governor - KATE BROWN,
Police Cheif of Portland - Ted Wheeler,
Mayor of Portland - Chanie Hale,
Police chief of Portland Police Bureau, Danielle Outlaw,
Multnomah County sherrifs Department,
Portland Police Bureau, ETC, ETAL and all Connected

through Business, Corporate, Contracted Service agreements or such services. All DEFENDANTS named in liability of personal and public capacity as a Public body within the STATE OF OREGON, within the United States.

DEMAND: CIVIL-GLOBAL RESOLUTION, COMPENSENTORY, PUNITIVE, LIFETIME EFFECTS and 'ECO+ NON ECONOMICAL DAMAGES IRREPLACABLE. $150,000,000 (U.S.) One HUNDRED AND FIFTY MILLION. EQUAL 100's NO/00's, US DOLLARS OR GOVERNMENT SEIZED, FORECLOSED, LIQUIDATED, REPOSSESSED PROPERTY IN VALUE OF 15% MARKETSHARE RETAIL REAL ESTATE VALUE FORECLOSED DEEDS WITHIN OR OWNED BY THE UNITED STATES OF AMERICA.

CAUSE: 42:1983 Prisoner Civil Rights
DATE: 01/12/2020
JURY DEMAND: JURY TRIAL -
NATURE OF SUIT: 550 Prisoner: Civil Rights
Jurisdiction: Federal Question

REPRESENTED BY: JONATHAN ARMAND HARRIS
PROPRIA PERSONA PRO SE (CIVIL LITIGANT)
MCDCJ, 1120 SW 3rd Ave,
Portland, OREGON 97204
EMAIL: PRO SE

(3)

REQUEST FOR ASSIGNMENT: MAGISTRATE REQUESTED
ADDITIONAL REQUESTS: AS ON File Currently with U.S. District Court Harris v. City of Portland etal - 3:19-CV-02041-MO, as requested Foruma Pauperis, the Indigency of the Plaintiff as filling declarant, proof of Indigent Status on file and actionable if 2ndary request of proof required. All inclusive parties as individual financial entitys or inmates monetarily unconnected to expenses incurred by the Pro se litigant Underwriting the civil Policy of RECOMPENSATION.

NOTICE OF INTENTION MAILED TO:
COUNTY ATTORNEY'S OFFICE
501 SE HAWTHORNE SUITE 500
Portland, OR 97214,

Certificate of Service signed on 01/14/2020 by MCDCJ SHERRIF DEPUTY, VIA FEDERAL Mail proof of notice sent. As required by ORS 30.275 Notice of claim, Notice of Time, Notice of Action.

CIVIL COMPLAINT AS FEDERAL QUESTION,
Jurisdiction: 18 U.S.C §1983 AD HOC SIC.

The assergnation as ascertained through the communication, interview, review and contact with the parties included herein as above stated

members of the CLASS ACTION LAWSUIT, to which all parties are guaranteed legal compensation under 18 § U.S.C. 1983 Civil Action AD Hoc SIC, by PRLA (1996). Herein outlined the merritus of challenge to all defendants named as equal parts in bennafactors of guilt against the named individuals, the collective party, and any associated entitys forgotten or unmentioned.

COMPLAINT (1):

On or about the date of 01/10/2020 or within the range, several inmates were locked up at the Multnomah County Jail, located at 1120 SW 3rd Ave, Portland, OR 97204. The illegal act of Unlawful Detention, against the 18 U.S.C. Fourth, Fith, Sixth, Eighth, Tweith and First Constitutional Rights guaranteed. The actionable cause to raise Grevience for retort. The administrative system of "grivence" and chain of command, to herefourth be proven as broken and undue burden without merrit to 'attempt' refuge as a time sensitive matter as "Court deadlines," "filling dates", "Settlement Conferences", "Trial Dates", and other unwaivered dates to which the Plaintiffs cannot waive apperance nor halt the administration of Justice attempted by the Defendants named herein. The grievance system as a systematic failure to which "due process" cannot be supplied, see inclusive kytes to "Drace", "Counselors" "facility Commander" as the chain of command



all without recourse, a further proof of a broken system. See Plaintiffs evidence cache as will be presented in volume 1 of discovery to the Defendants after Case Assignment. The defendants take the stand guaranteed against the restrictive violation of the 18 U.S.C. First Amed "RIGHT TO FREEDOM OF SPEECH", freedom of press and freedom to assemble peacefully. Herein the grievable action of a 'Jailhouse Complaint' such as grievance hads no retort. The nature of such timeless waste is apparent as a trial date cannot be reset nor placed on hold due to a grievance. Clear injustice violated by freedom of speach measured on a form to time a toll of response outside of the Plaintiffs actionable controlls. The violation of the Plaintiffs rights as asserted herein under violation of Due process, 18 U.S.C § Amed Six due to the right to fast + speedy Trial with unbiased, unprejudicial guarantees, a violative act by all defendants inclusive and collectivly entertwined. As an inmate at any of the following incarceration facilitys, as MCDC or Inverness Jail, even Columbia County Jail, the inmates are not allowed to have updated access to a level of legal materials that allow the legally and Constitutionally guaranteed freedoms within the banner of the UNITED STATES as a Nation. The outdated computer systems, outdated software,

inconsistent source references, misquoted caselaw and rhetorical dialouge of such APP LEXIS 2010 and the 'Cite specific' [non disiplinary unit] Kiosk, non [Ad seg] Kiosk, and other Medical Dorm [Non Kiosk - to wit the cruel and unusual punishment of mental health patients here at MCDC Jail]. With over 3 units without any source of legal recourse or access to such materials as the Plaintiffs collectivly have identified, entrapment against due Process is evident. To lock up an inmate untill a disiciplinary hearing, administer a sanction and halt his/her process of legal recourse and Right to "Due Process" 18 § U.S.C, Amed Five + Six - Right to self compulsory Process clause is inhumane, torturous, experimentally cruel and unlogical by the defendants. see clear mental culpability on all defendants included herein. The defendants knowingly, on or about 01/11/2020, trapped, kidnapped, emasticated, tortured, aspired to murder, steal, sale, unlawfully detain, starve, entrap, over 400 inmates as included in this class action lawsuit if held at the MCDC Jail upon time of filling actionable.

Complaint 2.) The MCDC Jail staff knowingly cooperated in a scheme to undermine and kidnap over 400 inmates upon such date as above said. In Oregon, see Ballot Measure 11 as



once an Inmate, detainee, prisoner, civilian, or any other human and responsive or Cognizant person is moved unwillingly 3 feet, thus initiating a kidnapping, as the intent outlined as follows: Intent, knowingly, malicious motive or such as to deprive another. ORS 137.700. The defendants in a plan or common scheme, or alike a plot, co-conspired to deface over 400 indictments, all illegal charging instruments to which the only recourse is vacation of such attempts to further defame and kidnap the plaintiffs, with gross monetary compensation required. The Mentally accused involved were considered incapacitated and without adequate logical defense as to escape the illegal grasp of injustice presented by the defendants. Regaurdless of the rules of MCDCJ, Inverness Jail or other holding facilities for or within Columbia or Multnomah County, the Plaintiffs are guaranteed adequate process for the Counter Suit, as misadministration occured by the Intent, action, plan, scheme, against 18 §U.S.C Amed Six, "right to a fast + speedy Trial" - By Rights of Accused in Criminal Prosecutions: In All Criminal Prosecutions, the accused shall enjoy the right to a Speedy Trial (by an impartial Jury of their peers) and public, by an impartial Jury of the State and district wherein the crime shall have been commited, which district shall have been previously ascertained by law, and to be informed of the nature

and cause of the accusation; to be confronted with the witnesses against (see police agencies); him, to have compulsory process for obtaining witness' in his favor, and to have the assistance of counsel for his defense. The clearly violative offense the accused faces is the limited time in the law library to possibly 1-2 hours, no law library if in medical housing, segregation, Ad seg, etc, a clearly unconstitutional violation which cannot be allowed as practice. See, Oath to serve and protect with intent to produce Justice and liberty, as in the "Pledge of Allegience"."with liberty and Justice for all".

Complaint 3). As an unlawful prisoner, the Plaintiffs all incurred damages beyond compensatory, the lifetime effects of government experiment and torture, to be held captive inhumanly. The malpractice of experimental lab medication and other non sterile, illegal, negligent practices as administered at MCDCJ. While incarcerated, if a Pro Se litigant, the accused cannot get, nor subpena their own medical records to which the right for a medical Authorization allows someone other than the accused to gather on the accused's behalf. See gross criminal negligence, an effect damaging for a lifetime. Such confidential records that cannot be replaced, a gross error on the defendants behalf to repedly practice, (over 400 cases current as MCDCJ). The direct



impact of such torture is clear and presently unavowed to cease by the defendants, so order such Justice as the 1983 AD Hoc SIC for retort and reformation.

Complaint 4). As an Inmate at the abovesaid or inclusive, the Plaintiffs cannot have female contact, nor write inmate to inmate, a grossly illegal torturistic practice to sexually violate the 18 U.S.C Amed 1, rights of 'religious freedom', to which socialistic behaviors, interactions and contact is required, see wiccan and the seasonal embrace of 'Courtship' as the contact of ones spouse, partner, coven member, or friend may be incarcerated at MCDCJ or Inverness simultaneously and to restrict the religious practices of such religion and freedom thereof is a Constitutional guarantee violated knowingly by the defendants.

Complaint 5). The Plaintiffs again admonish the reclusive legalities of such imposed law library restrictions. The defendants knowingly, intentionally and purposefully brace the law by not allowing the accused to have in their possession, property or control, (1.- Clearly a due process to freedom, 2.) the right to Justice) A flashdrive, thumbdrive, CD or DVD as evidence of media, audio, filesafe, transcription, etc. See Clackamas County Jail directly allows such legal recourse which is guaranteed



under 18§U.S.C Amed Five, Six, eight, & 12. The review of such material whether Pro Se, or represented or in partiality of such capacity is guaranteed within Clackamas County, though not multnomah or Colombia countys, a clear presudicial bias held Unconstitutional and malicious. The direct distortion of the Justice System to maintain an accused can acheive a fair fight to freedom without adequate counsel, proper law practice, understanding of law or the right to face ones accuser, a clear and wide disbargement of, injustice-(U) Justice repeatfuly calculated and altered to guarantee failure of the Plaintiffs. At all times herein, the defendants knew the illegality and refused to cooperate with peaceful demonstrations guaranteed by 18§U.S.C Amed 1, by the U.S.A. The plaintiffs cannot allow the defendants to "hope" for," pray for" or attempt to have a "good faith" to proceed against this movement of our guaranteed Rights, or the act of war is clearly a domestic terroristic act by all defendants named herein. We the people are exercising 18§U.S.C, Amed 1, as "Freedom of Speech" the right to assemble or assimilate all threts against life rights and human nature. See: 18 § U.S.C. Amed Five, "No person shall be held to answer for capitol, or otherwise infamous crime, unless on a presentment or indictment of a grand Jury, except in cases arising in the land or naval



forces,(see Portland is a Port City-as Naval transit route and transportational passage way waterworks town-founded upon such, hence the torturistic military procedural processes-see starvation), or in the Militia,(see Plaintiffs right by Amed 1 to assemble and practice), when in actual service in time of war,(notice of Intent of Tort), or public danger, nor shall any person be subject for the same offense to twice put in Jeopardy (see death) of life or limb, nor shall be compelled (coerced) in any criminal case,(see Red Attorney phone + video kiosk, see recorded landline phone as illegal self compulsion-also had as illegal search + seizure against 18§U.S.C Amed Four to wit a third party dialing system) to be a witness against oneself nor be deprived of life, liberty or property, without due process of law, nor shall private property, (see legal work searches on transport outside the visual sight of the accused, cell searches, outside the visual sight of the accused, all grossly legal negligence and entrapment to be stated unconstitutional) be taken (see intellectual designs, propertys, drawings, etc, for public use, without just compensation. Herein outlined as the complaints of the Plaintiffs, herein declared and valid this January-11th day of 2020.

The enclosed signatures a act of unity, not to be used to reform retaliatory purposes as our reach under PLRA (1996) includes the Continental United States, every prison, every state, every jail or holding centere inclusive of U.S.A under the banner of the United States Constitution. See notice to recompense damages given as above outlined to be respected and demand for order.

(12) "CLASS OF ACTION LAWSUIT"

01/11/2020 $150,000,000 Demand

Herein outlined the Plaintiffs demand the recovery of Such damages to effect: lifetime, punitive, Compensentory, Ecological - non Economical, all as due. The Below signed are Private and Confidential Parties assigned to resolve the resolution of the demands. All parties incarcerated at MCDC Jail on 01/10/2020 guaranteed to recover Shared assets, royaltys, liquidations, awards, Certificates, Credits, etc recovered herein, the Signature bar as witness to include a body of individual Colectives united under the United States Constitution per 550 Prisoner Civil Rights, Cause 42:1983 Prisner Civil Rights, Prisoner Litigation Reform Act of (1996).

(Plaintiffs) (01/11/2020)

1.) Jonathan A. Harris #788367 [signature]
2.) Ammiel Z. Cornish #813394 [signature]
3.) Tommy [illegible] Brown JR #637094 [signature]
4.) CHARLES B. MOIMOI #795364 [signature]
5.) ERNESTO ROMERO #693399, #81472-065, #102824; [signature]
6.) DENNIS PAINTER #654303, #14624396 [signature]
7.)
8.)
9.)
10.)
11.)
12.)